**Order filed February 15, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00038-CV
_____

## IN RE ELAINE T. MARSHALL, AS EXECUTOR OF THE ESTATE OF E. PIERCE MARSHALL, INDIVIDUALLY, AND AS TRUSTEE OF THE EPM MARITAL INCOME TRUST, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 365,053-401**

## ORDER

On January 13, 2017, real party-in-interest Preston Marshall filed an "Agreed Motion to Seal Mandamus Record," asking this court to seal and keep sealed relator's mandamus record, R519-R521 and R522-557, which consists of Exhibits

1

22 and 23 (the "Exhibits"), in accordance with the trial court's orders sealing these documents. Relator, however, did not segregate these two documents from the rest of the mandamus record; instead, relator filed the Exhibits as part of a single mandamus record in a single electronic file that contains both the Exhibits and unsealed documents. This format does not allow the court to seal the Exhibits. For this court to be in a position to rule on the agreed motion to seal the Exhibits, the Exhibits must be submitted to this court's clerk's office on a separate disk.

We order the parties, within ten days of the date of this order, (1) to place all documents constituting the current mandamus record, except for the Exhibits, in a file on one disk, (2) to place a file with the Exhibits on a separate disk, clearly labeled as containing sealed documents that are being filed under seal, and (3) to present each disk to this court's clerk's office for filing as a substitute for the current mandamus record. After the parties have taken these steps, this court will strike the current mandamus record and rule on the agreed motion to seal the Exhibits.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Brown and Jewell.